IN THE SUPREME COURT OF TEXAS

 No. 10-0365

 IN RE THE FROST NATIONAL BANK

 On Petition for Writ of Mandamus

ORDERED:

 1. Relator's emergency motion for temporary relief to stay orders,
filed May 20, 2010, is granted. The trial court's September 29, 2009,
March 31, 2010, and May 7, 2010 orders, in Cause No. 2009-PC-0310, styled
In re The Betty Anne Franke Trust, in the Probate Court No 2 of Bexar
County, Texas, are stayed pending further order of this Court.
 2. The real parties in interest are requested to respond to
relator's petition for writ of mandamus on or before 3:00 p.m., June 4,
2010.
 3. The petition for writ of mandamus remains pending before this
Court.

 Done at the City of Austin, this May 20, 2010.
 [pic]
 Blake A. Hawthorne, Clerk
 Supreme Court of Texas

 By Claudia Jenks, Chief Deputy Clerk